# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>ALVIN J. HARE<br>DEFENDANT(S). | CASE NUMBER<br><br>ED12MJ00166<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of <u>DEFENDANT</u>, IT IS ORDERED that a detention hearing is set for <u>MAY 7</u>, <u>2012</u>, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable _____, in Courtroom <u>1</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>5/4/12</u>

_____
U.S. District Judge/Magistrate Judge