FILED
CLERK, U.S. DISTRICT COURT

DEC 1 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR12- 880 CAS |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| | ) Allegations of Violations of Probation or |
| ALVIN HARC | ) Supervised Release) |
| Defendant. | ) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

A.    (✗)    the appearance of the defendant as required; and/or

B.    ( )    the safety of any person or the community.

The Court concludes that :

A.   (N)   Defendant failed to present clear and convincing evidence to
          establish that Defendant is not a risk of flight because:

_Prior FTA_____

_____

_____

_____

B.   (N)   Defendant failed to present clear and convincing evidence to
          establish that Defendant does not pose a risk to the safety of other
          persons or the community because:

_Prior Conviction_____

_FTA Felony_____

_____

_____

IT IS ORDERED that defendant be detained.

DATE: _12/13_____, 201_2_

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2